# GARTH J. RIDGE
**ATTORNEY AT LAW**
**TAYLOR OFFICE BUILDING**
**251 FLORIDA STREET, SUITE 301**
**BATON ROUGE, LA 70801**

**TEL: (225) 343-0700**
**FAX: (225) 343-7700**

February 20, 2009

Chief Judge Ralph Tyson
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

Re:  **Ronald Travis Holder vs. Leading Edge Recovery Solutions, LLC et al**
**Civil Action No08-00716-RET-CN**
**United States District Court for the Middle District of Louisiana**

Dear Judge Tyson:

I am notifying the court that a settlement has been reached in this matter but, not consummated.

If you have any questions with regard to the above, please do not hesitate to contact me.

With warm professional regards and courtesies, I remain

Sincerely,

Garth J. Ridge

GJR/pkt
cc:   Mr. Ronald Travis Holder (via e-mail)
Mr. Nick Lorio (via e-mail)
Mr. Stephen R. Wilson (via e-mail)